**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES, INC. and MYLAN SPECIALTY LP, <br><br> Plaintiffs, <br><br> v. <br><br> KIRKLAND & ELLIS LLP, <br><br> Defendant. | <u>**DISCLOSURE STATEMENT**</u> <br><br> 2:15-CV-00581-LPL |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Plaintiffs Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Technologies, Inc., and Mylan Specialty LP, by and through their undersigned counsel, state as follows:

1. Plaintiffs Mylan Pharmaceuticals Inc. and Mylan Technologies, Inc. are wholly owned subsidiaries of Plaintiff Mylan Inc., a global pharmaceutical company. Plaintiff Mylan Specialty LP is a wholly owned indirect subsidiary of Plaintiff Mylan Inc.

2. Plaintiff Mylan Inc. is a wholly owned indirect subsidiary of Mylan N.V., a publicly held company.

3. Abbott Laboratories, a publicly held company, owns more than 10% of Mylan N.V.'s stock through wholly-owned subsidiaries.

Dated:  May 7, 2015                              Respectfully submitted,


                                                 /s/ William Pietragallo, II
                                                 WILLIAM PIETRAGALLO, II, ESQ.
                                                 JOHN A. SCHWAB, ESQ.
                                                 PIETRAGALLO GORDON ALFANO BOSICK &
                                                 RASPANTI, LLP
                                                 One Oxford Centre, 38th Floor
                                                 Pittsburgh, PA 15219
                                                 Tel.:  412-263-2000
                                                 Fax:  412-263-2001
                                                 WP@Pietragallo.com
                                                 JAS@Pietragallo.com

                                                 MICHAEL S. SOMMER, ESQ. (*pro hac pending*)
                                                 WILSON SONSINI GOODRICH & ROSATI, P.C.
                                                 1301 Avenue of the Americas, 40th Floor
                                                 New York, NY 10019
                                                 Tel.:  212-999-5800
                                                 Fax:  212-999-5899
                                                 msommer@wsgr.com

                                                 *Counsel for Plaintiffs Mylan Inc., Mylan*
                                                 *Pharmaceuticals Inc., Mylan Technologies,*
                                                 *Inc., and Mylan Specialty LP*