UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MYLAN, INC. ET AL,

      Plaintiffs,                            15cv581

                                              **ELECTRONICALLY FILED**

      v.

KIRKLAND & ELLIS LLP,

      Defendant.

## ORDER OF COURT

Pursuant to 28 U.S.C. § 455, this Court hereby recuses itself as to all matters of the above-captioned case and requests that this case be assigned to another member of the Court.

SO ORDERED this 11th day of May, 2015.

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge

cc:    All counsel of record