# EXHIBIT A

| Case Name | Court | K&E Attorneys Listed on the Docket | K&E Client | Date Filed | Subject Matter | Product | Date Closed[1] |
|---|---|---|---|---|---|---|---|
| Mylan, Inc. v. SmithKline Beecham Corp., Case No. 12-01539. | (3d Cir.). | Devora W. Allon, William H. Burgess, Robert A. Gretch, Jay P. Lefkowitz, F. Christopher Mizzo, and Michael A. Pearson | Smithkline Beecham Corp., n/k/a GlaxoSmithKline | March 3, 2012 | Contract dispute regarding GSK's licensing of generic Paxil | Paxil (paroxetine) | July 22, 2013 |
| OSI Pharmas. v. Mylan Pharmas., Inc., Case No. 12-1431. | (Fed. Cir.). | Leora Ben-Ami | OSI Pharmaceuticals, Inc. | June 1, 2012 | Challenge to validity of OSI's patents for Tarceva | Tarceva (erlotinib) | July 26, 2013 |
| Mylan Labs. Ltd. v. FDA, 1:2012-CV-01637. | (D.D.C.). | Michael Shumsky | Ranbaxy Laboratories Ltd. | October 12, 2012 | Challenge to FDA's grant of 180-day exclusivity for generic Diovan. | Diovan (valsartan) | January 3, 2013 |
| Mylan Pharms. Inc. v. U.S. F.D.A., Case No 1:2014-CV-00075. | (N.D. W.Va.). | John Crisham, John O'Quinn, Stephen Schwartz, and Michael Shumsky | Teva Pharmaceuticals USA | April 25, 2014 | Challenge to FDA's denial of the right to market a generic version of Celebrex. | Celebrex (celecoxib) | February 9, 2015 |

---

[1] As indicated by the "Case Terminated" date in the CM/ECF system.

| Mylan Pharmas., Inc. v. FDA, Case No. 14-1522, 14-1529, 14-1593. | (4th Cir.). | Michael Shumsky, John Crisham, John O'Quinn, and Stephen Schwartz, | Teva Pharmaceuticals USA, Inc. | June 2, 2014 | Appeal from challenge to FDA's denial of the right to market a generic version of Celebrex. | Celebrex (celecoxib) | December 16, 2014 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Teva Pharms. Indus., Ltd. v. Sebelius, Case No. 1:2014-CV-00786. | (D.D.C.). | Jay Lefkowitz, John Crisham, John O'Quinn, Michael Shumsky, and Stephen Schwartz | Teva Neuroscience, Inc. and Teva Pharmaceutical Industries | May 9, 2014 | Challenge to the FDA's denial of a citizen petition to require clinical trials as a condition of approving putative generic versions of Teva's brand-name MS treatment Copaxone. | Copaxone (glatriamer) | May 14, 2014 |
| Teva Women's Health, Inc. v. Family Care Ltd., Case Nos. 1:2014-CV-04981, 1:2014-CV-09637. | (S.D.N.Y.). | Jenna Marie Wacker, James Henry McConnell and Leora Ben-Ami | Teva Women's Health, Inc. and Teva Branded Pharmaceutical Products R&D, Inc. | July 2, 2014, December 15, 2014 | Patent infringement action relating to Quartette products. | Quartette (levonorgestrel/ethinyl estradiol and ethinyl estradiol) | May 11, 2015 |