IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC. and MYLAN SPECIALTY LP,<br><br>Plaintiffs,<br><br>v.<br><br>KIRKLAND & ELLIS LLP,<br><br>Defendant. | Civil Action No. 2:15-cv-00581-JFC-LPL |

<u>DECLARATION OF JAY P. LEFKOWITZ</u>

I, Jay P. Lefkowitz, declare:

     1.     I am a litigation partner at Kirkland & Ellis, LLP ("Kirkland") and a member of Kirkland's Global Executive Management Committee.  I have served as a White House advisor to two Presidents and as United States Special Envoy on Human Rights in North Korea.  I am an adjunct Professor at Columbia Law School, where I teach a course in Supreme Court advocacy. While my practice is broad and includes a wide range of trial and appellate matters, including successful appearances before the United States Supreme Court, a significant part of my practice involves representing a large number of Life Sciences companies, including pharmaceutical companies.  For example, of direct relevance here, I have successfully challenged a number of FDA decisions on behalf of pharmaceutical companies under the Hatch-Waxman Act in the D.C. District Court and D.C. Court of Appeals and have a large practice in this area.  I submit this declaration in opposition to the motion for preliminary injunction filed by Mylan Inc., Mylan

Pharmaceuticals, Inc., Mylan Technologies, Inc., and Mylan Specialty, LP (collectively, the "Mylan Indirect Subsidiaries").  That motion seeks to enjoin Kirkland from representing Teva Pharmaceutical Industries Ltd. ("Teva"), an international pharmaceutical company headquartered in Petah Tivka, Israel, in connection with Teva's publicly disclosed interest in acquiring Mylan N.V., a Netherlands corporation.  I make this declaration based on my own personal knowledge and, if called as a witness, I could and would competently testify to the facts that are set forth below.















(A complete list of all of Kirkland's public adverse representations to Mylan Inc. and its affiliated entities is attached hereto as Exhibit 2.)













I declare under penalty of perjury that the foregoing is true and correct and that is

declaration was executed under the laws of the United States on May 20, 2015.

_____
Jay Lefkowitz