# EXHIBIT 1













2

