## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN INC. *et al.*, ) | |
| ) | Civil Action No. 15-581 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Chief Judge Joy Flowers Conti |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| KIRKLAND & ELLIS LLP, ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW, this ___28th___ day of May, 2015, upon consideration of the Joint Motion for Leave to File Documents Under Seal, it is hereby ORDERED and DECREED:

1) The parties are granted leave to file under seal submissions in support of or in opposition to Plaintiffs' motion for preliminary injunction, including, but not limited to, the documents set forth in this Court's May 14, 2015 Preliminary Injunction Scheduling Order. (Dkt. No. 28.). Only those documents containing confidential, proprietary, commercially sensitive, attorney-client privileged, or work-product protected information shall be permitted to be filed under seal.

2) The parties may submit the physical unredacted copies of any sealed documents to the Clerk's office the next business day after filing the redacted documents via the ECF system, which will remain under seal. The unredacted copies will be immediately provided to opposing counsel electronically upon the filing of the redacted sealed documents.

3) Other than as stated in this Order, the parties are to comply with the Court's local rules and ECF procedures in filing documents under seal.

4) Notwithstanding compliance with any provision of this Order, neither Plaintiffs nor Defendants are waiving the attorney-client privilege or attorney-work-product privilege in doing so.

_____
Magistrate Judge Lisa Pupo Lenihan