IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC. and MYLAN SPECIALTY LP,<br><br>Plaintiffs,<br><br>v.<br><br>KIRKLAND & ELLIS LLP,<br><br>Defendant. | Civil Action No. 2:15-cv-00581-JFC-LPL |

**DEFENDANT KIRKLAND & ELLIS LLP'S
LIST OF EXHIBITS IN SUPPORT OF ITS RESPONSE
TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's May 14, 2015 Scheduling Order, the following is Defendant Kirkland & Ellis LLP's ("Kirkland") List of Exhibits in support of its response to Plaintiffs' Motion for Preliminary Injunction.

**Exhibit A to Kirkland's Memorandum of Law in Response to Plaintiffs' Motion for Preliminary Injunction**

- Exhibit A        Kirkland's public adverse representations to Mylan Inc. and its affiliated entities

**Declaration of David Fox**

- Exhibit A        Kirkland firm profile of David Fox

- Exhibit B        SEC filing containing the text of the April 21, 2015 letter from Teva's CEO to Mylan N.V.'s Executive Chairman

- Exhibit C     SEC filing containing the text of the April 27, 2015 letter from Mylan N.V. to Teva

- Exhibit D     SEC filing containing the text of the April 29, 2015 letter from Teva to Mylan N.V.

**Declaration of Dr. Sharon F. Hausdorff**

- Exhibit A     Conflict waiver agreement between Wilson Sonsini Goodrich & Rosati dated July 27, 2014

**Declaration of Jay P. Lefkowitz**

- Exhibit 1     January 9, 2013 Engagement Letter

- Exhibit 2     Kirkland's public adverse representations to Mylan Inc. and its affiliated entities

- Exhibit 3     April 3, 2013 Addendum to Engagement Letter

- Exhibit 4     December 12, 2014 email exchange between Douglas Miner and Jay Lefkowitz

- Exhibit 5     December 23, 2014 letter from Deepro R. Mukerjee of Alston & Bird LLP

- Exhibit 6     December 30, 2014 letter from Jay Lefkowitz to Deepro Mukerjee

- Exhibit 7     March 26, 2015 letter from Deepro R. Mukerjee of Alston & Bird LLP

- Exhibit 8     April 3, 2015 letter from Jay Lefkowitz to Deepro Mukerjee

**Supplemental Declaration of Jay P. Lefkowitz**

**Declaration of Michael D. Shumsky**

- Exhibit 1     Docket for *Mylan Pharms. Inc. v. Sebelius,* No. 12-524 (D.D.C. filed Apr. 5, 2012)

- Exhibit 2     Docket for *Mylan Pharms. Inc. v. FDA,* No 1:14-cv-75 (N.D. W. Va., filed Apr. 25, 2014)

- Exhibit 3         Docket for *Mylan Pharms. Inc. v. FDA,* No. 14-1522 (4th Cir.)

- Exhibit 4         Docket for *Teva Pharm Indus. Ltd v. Sebelius,* No. 14-786 (D.D.C. filed May 9, 2014)

- Exhibit 5         Complaint, *Teva Pharm Indus. Ltd v. Sebelius,* No. 14-786 (D.D.C. filed May 9, 2014)

- Exhibit 6         Petition for a Writ of Certiorari in *Teva Pharms. USA, Inc. v. Sandoz Inc.,* No. 13-854 (U.S.)

- Exhibit 7         Citizen Petition, FDA Docket No. 2015-P-0181

- Exhibit 8         Citizen Petition Supplement, FDA Docket No. 2015-P-0181

**Declaration of Audrey K. Tan**

- Exhibit A         Relevant excerpts of Mylan Inc.'s Annual Report on Form 10-K for the year ending December 31, 2013, and filed with the SEC on February 27, 2014

- Exhibit B         Relevant excerpts of Mylan Inc.'s Annual Report on Form 10-K for the year ending December 31, 2014, and filed with the SEC on March 2, 2015

- Exhibit C         Relevant excerpts of Mylan N.V.'s Quarterly Report on Form 10-Q for the quarterly period ending March 31, 2015, and filed with the SEC on May 8, 2015

- Exhibit D         Relevant excerpts of Mylan N.V.'s Schedule 14A Proxy Statement, filed with the SEC on May 5, 2015

- Exhibit E         Chart of specified Mylan entities' outside counsel

- Exhibit F         Certification of Principal Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 for Mylan Inc.'s Annual Report on Form 10-K for the year ending December 31, 2013, and filed with the SEC on February 27, 2014

- Exhibit G         Certification of Principal Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 for Mylan Inc.'s Annual Report on Form 10-K for the year ending December 31, 2014, and filed with the SEC on March 2, 2015

3

**Declaration of Ashish Contractor**

**Declaration of Eyal Desheh**

**Declaration of Thomas O. Kuhns**

**Declaration of Professor Richard Painter**

**Declaration of Jed S. Brody**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 22, 2015 | K&L GATES LLP |
|  | By: /s/ Richard W. Hosking |
|  | Richard W. Hosking, PA 32982 |
|  | Melissa J. Tea, PA 80195 |
|  | K&L GATES LLP |
|  | 210 Sixth Avenue |
|  | Pittsburgh, Pennsylvania 15222-2613 |
|  | Telephone: (412) 355-6500 |
|  | Facsimile: (412) 355-6501 |
|  | richard.hosking@klgates.com |
|  | melissa.tea@klgates.com |
|  | GIBSON, DUNN & CRUTCHER LLP |
|  | Kevin S. Rosen, (admitted pro hac) |
|  | Daniel S. Floyd, (admitted pro hac) |
|  | GIBSON, DUNN & CRUTCHER LLP |
|  | 333 South Grand Avenue |
|  | Los Angeles, CA 90071-3197 |
|  | Telephone: (213) 229-7000 |
|  | Facsimile: (213) 229-7520 |
|  | KRosen@gibsondunn.com |
|  | DFloyd@gibsondunn.com |
|  | Counsel for Defendant, |
|  | KIRKLAND & ELLIS LLP |