IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC. and MYLAN SPECIALTY LP,<br><br>Plaintiffs,<br><br>v.<br><br>KIRKLAND & ELLIS LLP,<br><br>Defendant. | Civil Action No. 2:15-cv-00581-JFC-LPL |

## SUPPLEMENTAL DECLARATION OF JAY P. LEFKOWITZ

I, Jay P. Lefkowitz, declare:

1. I am submitting this Supplemental Declaration in response to two points Plaintiffs have raised in their Proposed Joint Stipulation of Facts. My background and my involvement in the issues at hand are set forth in detail in my May 20, 2014 Declaration. The following is based on my personal knowledge and, if called as a witness, I could and would competently testify under oath to the matters set forth below.

2. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

1

██████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████████████████
██████████████████████████████████████████
██████████████████████

3. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████████

4. ████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████

5.   ███████████████████████████████████

███████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

██████████████████ █████████████████████

██████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████

████

6. ███████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

██████████████████████████

████████████████████████████

███████████████████████████

██████████████████████████

███████████████████████████████

███████████████████████████████

████████████████████

7. ███████████████████████

███████████████████████████████

███████████████████████████████

██████████████████████████████

██████████████████████████████

███████████████████████████████

███████████████████████████████

████████ ██████████████████████

███████████████████████████████

███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

I declare under penalty of perjury that the foregoing is true and correct and that is declaration was executed under the laws of the United States on May 22, 2015.

_____
Jay Lefkowitz