IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES, INC. and MYLAN SPECIALTY LP,<br><br>           Plaintiffs,<br><br>  v.<br><br>KIRKLAND & ELLIS LLP,<br><br>           Defendant. | **MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA L. MARGOLIS**<br><br>No. 2:15-cv-00581-JFC-LPL |

Jessica L. Margolis, undersigned counsel for Plaintiffs Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Technologies, Inc., and Mylan Specialty LP hereby respectfully moves to be admitted, appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs pursuant to Local Civil Rules 83.2 and 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Jessica L. Margolis filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  June 11, 2015

Respectfully submitted,

*[signature]*

JESSICA L. MARGOLIS, ESQ. (NY BAR ID No. 3949732)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.:  212-999-5800
Fax:  212-999-5899
jmargolis@wsgr.com

*Counsel for Plaintiffs Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Technologies, Inc., and Mylan Specialty LP*