**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MYLAN, INC. *et al.*, | ) | |
| | ) | Civil Action No. 15-581 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Chief Judge Joy Flowers Conti |
| | ) | |
| KIRKLAND & ELLIS LLP, | ) | |
| | ) | **ELECTRONICALLY FILED** |
| Defendant. | ) | |

<u>**DEFENDANT'S BRIEF REGARDING SECURITY**</u>

Defendant Kirkland & Ellis LLP ("Kirkland"), pursuant to the Court's June 9, 2015, order (Dkt. 97), hereby submits this brief regarding the posting of security in this case.

For the reasons set forth in Kirkland's separately filed Objections to Report and Recommendation on Plaintiffs' Motion for Preliminary Injunction (which are incorporated by reference), Kirkland does not seek the posting of a specific amount of security, if any.  Kirkland is no longer advising Teva on this transaction or otherwise supporting Teva's efforts to acquire Mylan N.V.  Kirkland will have no further role in the transaction and has not communicated with—and will not communicate with—Teva's successor counsel regarding the transaction. Teva's decision to secure substitute counsel has obviated the need for any injunction. Accordingly, Kirkland leaves the amount of security to the discretion of the trial court, and in light of the foregoing, believes a nominal bond would suffice.

WHEREFORE, Kirkland respectfully asks the Court to enter an order in the proposed form attached.

Respectfully Submitted:

Dated:  June 23, 2015                    K&L GATES LLP


                                         By:    /s/ Richard W. Hosking
                                             Richard W. Hosking, PA 32982
                                             Melissa J. Tea, PA 80195
                                             K&L GATES LLP
                                             210 Sixth Avenue
                                             Pittsburgh, Pennsylvania  15222-2613
                                             Telephone:  (412) 355-6500
                                             Facsimile:  (412) 355-6501
                                             richard.hosking@klgates.com
                                             melissa.tea@klgates.com

                                         GIBSON, DUNN & CRUTCHER LLP

                                             Kevin S. Rosen (admitted pro hac)
                                             Daniel S. Floyd (admitted pro hac)
                                             GIBSON, DUNN & CRUTCHER LLP
                                             333 South Grand Avenue
                                             Los Angeles, CA  90071-3197
                                             Telephone:  (213) 229-7000
                                             Facsimile:  (213) 229-7520
                                             KRosen@gibsondunn.com
                                             DFloyd@gibsondunn.com

                                         Counsel for Defendant,
                                         Kirkland & Ellis LLP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


<u>/s/  Richard W. Hosking</u>