# EXHIBIT A

# DOCKET CITATIONS

| CITATION FORMAT IN BRIEF | DOCUMENT TITLE | ECF NO. |
|---|---|---|
| Coates Report | Expert Report of Professor John C. Coates, IV | 63 |
| Desheh Decl. | Declaration of Eyal Desheh | 34 |
| Fox Decl. | Declaration of David Fox | 35 |
| Further Supp. Lefkowitz Decl. | Further Supplemental Declaration of Jay P. Lefkowitz | 80 |
| Hazard Report | Expert Report of Professor Geoffrey C. Hazard, Jr. | 68 |
| Kirkland's Findings of Fact | [Defendant Kirkland & Ellis LLP's Proposed] Findings of Fact and Conclusions of Law | 72 |
| Kirkland's Supp. Findings of Fact | Defendant Kirkland & Ellis LLP's Supplemental Findings of Fact and Conclusions of Law in Support of Opposition to Motion for Preliminary Injunction | 86 |
| Kuhns Decl. | Declaration of Thomas O. Kuhns | 38 |
| Lefkowitz Decl. | Declaration of Jay P. Lefkowitz | 48 |
| Mizzo Decl. | Declaration of F. Christopher Mizzo | 84 |
| Mot. to Strike | Defendant Kirkland & Ellis LLP's Motion to Strike the Declaration of Douglas Miner | 56 |
| Ondos Decl. | Declaration of Jill Ondos | 75 |
| Painter Decl. | Declaration of Professor Richard Painter | 49 |
| Plaintiffs' Proposed Findings of Fact | Plaintiffs' Proposed Findings of Fact and Conclusions of Law | 70 |
| Resp. to Mot. to Strike | Defendant Kirkland & Ellis LLP's Response to Plaintiffs' Motion to Strike the Further Supplemental Declaration of Jay P. Lefkowitz, the Supplemental Declaration of Audrey Tan, and the Declaration of F. Christopher Mizzo | 93 |
| Shumsky Decl. | Declaration of Michael D. Shumsky | 50 |
| Tan Supp. Decl. | Supplemental Declaration of Audrey Tan | 85 |