# EXHIBIT B

| **Mylan Product** | **Mylan Market Share According to Mylan** | **Kirkland's Adverse Representation** | **Source** |
|---|---|---|---|
| Modafinil (generic Provigil) | "Cephalon's annual U.S. sales of Provigil® exceed $1.1 Billion.  If permitted to launch immediately, Mylan expects to capture a substantial percentage of modafinil [generic Provigil®] product sales." | Teva Pharmaceuticals USA, Inc.; Cephalon, Inc. | Mylan Pharms. v. FDA, 12-CV-524, (D.D.C. April 5, 2012), Dkt. 5, ¶ 4 (Decl. of Anthony Mauro, Pres. Mylan Pharms. Inc.)[1] |
| Celeboxib (generic Celebrex) | "If the Court does not act quickly, [Mylan] will be irreparably harmed by the loss of tens of millions of dollars and significant lost market share, important customers, and reputation within the generic drug industry." | Teva Pharmaceuticals USA, Inc. | Mylan Pharms. Inc. v. FDA, 14-CV-00075, (N.D. W.Va.), Dkt. 22, pp. 4–5 (Mylan's Mot. for Prelim. Injunction)[2] |
| Glatiramer acetate (generic Copaxone) | "Given that Copaxone® is a multibillion dollar drug for Teva, if Mylan were barred from launching its glatiramer acetate product, the lost market opportunity for Mylan could easily amount to hundreds of millions of dollars." | Teva Pharmaceutical Industries, Ltd.; Teva Neuroscience, Inc. | Teva Pharm. Indus., Ltd. v. Sebelius, 14-CV-00786, (D.D.C.) Dkt. 23-1, ¶ 12 (Decl. of Anthony Mauro, Pres. Mylan Pharms. Inc.)[3] |
| Extended-release paroxetine (generic Paxil CR) | Judgement of $121 million awarded to Mylan Inc. after a finding that GlaxoSmithKline breached a contract granting Mylan Inc. the exclusive right to make, sell, and import generic extended-release paroxetine. | SmithKline Beecham Corp., n/k/a GlaxoSmithKline LLC | Mylan Inc. v. SmithKline Beecham Corp., Case No. 12-1539, (3d Cir.),[4] on remand 10-CV-4809, Dkts. 389, 428 |
| Valsartan (generic Diovan) | "Mylan alleges that absent injunctive relief [Mylan Labs] will suffer substantial 'irretrievable' financial losses, including a loss in first-year sales of up to $44.55 million, or 'perhaps more.'" | Ranbaxy Laboratories, Inc. | Mylan Labs. Ltd. v. F.D.A., 12-CV-1637, (D.D.C.), Dkt. 17, p. 27–28, (Order on Mylan's Mot. for Prelim. Injunction)[5] |

---

[1] *See* Exh. 1 to Declaration of Michael D. Shumsky (Dkt. 40)
[2] *See* Exh. A to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 32); Exh. 2 to Declaration of Michael D. Shumsky (Dkt. 40)
[3] *See* Exh. A to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 32); Exh. 4 to Declaration of Michael D. Shumsky (Dkt. 40)
[4] *See* Exh. A to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 32)
[5] *See* Exh. A to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 32)